In the Matter of the Application of George Trosk, Appellant, for a Mandamus

Order against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, Respondents, Impleaded with Dennis O'Leary Cohalan and Others, Respondents.*— Order affirmed. No opinion. Present — Martin, Townley, Glennon and Untermyer, JJ.